UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 19-CV-23600-Williams/Torres

Jane Poe,

    Plaintiff,

v.

John Doe,

    Defendant.
_____/

### NOTICE OF APPEARANCE

David A. Rothstein, Esq. of the law firm of Dimond Kaplan & Rothstein, P.A. hereby enters his appearance as counsel for Defendant John Doe. A copy of all future pleadings and correspondence in this matter should be sent to the undersigned counsel.

    Respectfully submitted,

    DIMOND KAPLAN & ROTHSTEIN, P.A.
    *Attorneys for Defendant*
    Offices at Grand Bay Plaza
    2665 South Bayshore Drive, PH-2B
    Miami, Florida  33133
    Telephone:     (305) 374-1920
    Facsimile:     (305) 374-1961

    By:  /s David A. Rothstein
    David A. Rothstein, Esq.
    Fla. Bar No.: 0056881

Primary E-Mail Address:     Drothstein@dkrpa.com
    Lorenz Michel Prüss, Esq.
    Fla. Bar No.: 581305

Primary E-Mail Address:     LPruss@dkrpa.com
Secondary E-Mail Address:   ZAlfaro@dkrpa.com

**C**ERTIFICATE OF **S**ERVICE

**W**E **H**EREBY **C**ERTIFY that on October 17, 2019, a true and correct copy of the foregoing was filed with the Clerk of Court and served upon counsel of record using the CM/ECF system.

By: /s David A. Rothstein  
David A. Rothstein, Esq.