UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| JANE POE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-23600-KMW |
| | ) | |
| JOHN DOE, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE A JOINT CONFERENCE REPORT AND PROPOSED JOINT SCHEDULING ORDER**

Plaintiff, JANE POE, hereby moves the court to extend the deadline for parties to submit to the Court a Joint Conference Report and Proposed Scheduling Order, and as ground therefore states as follows:

1. On August 29, 2019 this court entered an Order of Referral and Notice of Court Practices and Procedures (D.E. 6) which set the deadline for parties to submit a Joint Conference Report and Joint Proposed Scheduling Order "within twenty (20) days from the date that the last defendant responds to the complaint".

2. Defendant JOHN DOE responded to the Compliant on October 16, 2019. As such, the Joint Conference Report and Joint Proposed Scheduling Order were due on November 5, 2019.

3. Press of other business interfered and has necessitated an enlargement of this deadline.

4. Plaintiff hereby requests an extension until November 21, 2019 to submit the Joint Conference Report and Joint Proposed Scheduling Order.

WHEREFORE, Plaintiff, JANE POE, respectfully requests that this Court grant her Motion to Extend the Deadline for Parties to File a Joint Conference Report and Proposed Joint Scheduling Order.

## CERTIFICATE OF CONSULTATION

Pursuant to L.R. 7.1(a)(3), counsel for the Plaintiff certifies that counsel for Defendant confirmed his non-opposition to this motion on November 7, 2019.

| | |
|---|---|
| Date:  November 7, 2019 | Respectfully submitted, |
| | **do Campo & Thornton, P.A.**<br>Chase Bank Building<br>150 S.E. Second Avenue, Suite 602<br>Miami, Florida 33131<br>Telephone:  (305) 358-6600<br>Facsimile:  (305) 358-6601 |
| | By:<br>*/s/ John Thornton*<br>JOHN THORNTON<br>Florida Bar No. 004820<br>jt@dandtlaw.com |

## CERTIFICATE OF SERVICE

**I hereby certify** that on November 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ John Thornton*
JOHN THORNTON